**Order entered September 4, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00428-CV

## IN THE INTEREST OF D.F.D. AND T.Z.D., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-19199**

## ORDER

Before the Court is appellant's September 2, 2020 second motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **September 22, 2020**.

/s/    BILL WHITEHILL
        JUSTICE